UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**VOLUNTARY PETITION**

| NAME OF DEBTOR<br>LSS SUPPLY, INC. | NAME OF JOINT DEBTOR<br>97-3293 TUC L0 |
|---|---|
| ALL OTHER NAMES used by Debtor in the last 6 years (include married, maiden and trade names)<br>LATHROP'S SHOOTERS SUPPLY, INC. | ALL OTHER NAMES used by the Joint Debtor in the last 6 years (include married, maiden and trade names) |
| SOCIAL SECURITY/TAX ID NO (state all if more than one)<br>86-0748958 | SOCIAL SECURITY/TAX ID NO (state all if more than one) |
| STREET ADDRESS OF DEBTOR<br>5146 E PIMA<br>TUCSON AZ 85712<br>PIMA COUNTY | STREET ADDRESS OF JOINT DEBTOR |
| MAILING ADDRESS OF DEBTOR (if different from street address above) | MAILING ADDRESS OF JOINT DEBTOR (if different from street address above) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from address above) | VENUE (check one box)<br>☐ Debtor has been domiciled or has had a residence principal place of business, or principal assets in this District for 180 days immediately preceding the date of this Petition or for a longer part of such 180 days than in any other District<br>☐ There is a bankruptcy case concerning Debtor's affiliate, general partner, or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR**

| TYPE OF DEBTOR<br>☐ Individual ✔ Corporation<br>☐ Joint (h/w) ☐ Municipality<br>☐ Partnership ☐ Other<br>NATURE OF DEBT<br>☐ Non-Business Consumer<br>✔ Business Complete below<br>A. TYPE OF BUSINESS<br>☐ Farming       ☐ Professional<br>✔ Retail/Whole   ☐ Railroad<br>☐ Transportation ☐ Manufacturing/Mining<br>☐ Stockbroker    ☐ Commodity Broker<br>☐ Construction   ☐ Real Estate<br>☐ Other | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER THE PETITION IS FILED<br>☐ Ch 7  ✔ Ch 11   ☐ Ch 13<br>☐ Ch 9  ☐ Ch 12   ☐ Sec 304<br>FILING FEE<br>✔ Filing fee attached<br>☐ Filing fee to be paid in installments Must attach signed Application for the Court's consideration<br>NAME AND ADDRESS OF LAW FIRM OR ATT<br>ERIC SLOCUM SPARKS, P.C.<br>110 SOUTH CHURCH AVENUE, #3350<br>TUCSON, ARIZONA 85701<br>520/623-8330 |

**STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. SECTION 604)**
Estimates Only

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
☐ 1-15  ☐ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-299  ☐ 1000+

ESTIMATED ASSETS (in thousands of dollars)
☐ under 50    ☐ 50-99    ☐ 100-499    ☐ 1000-9999
☐ 10,000-99,000          ☐ 100,000 +

ESTIMATED LIABILITIES (in thousands of dollars)
☐ under 50    ☐ 50-99    ☐ 100-499    ☐ 1000-9999
☐ 10,000-99,000          ☐ 100,000 +

ESTIMATED NUMBER OF EMPLOYEES
☐ 0   ☐ 1-19  ☐ 20-99    ☐ 100-999    ☐ 1000+

ESTIMATED NUMBER OF SECURITY HOLDERS - Ch 11 & 12 only
☐ 0   ☐ 1-19  ☐ 20-99    ☐ 100-400    ☐ 500+


FILED Aug 1 9 07 AM '97 KEVIN E. O'BRIEN CLERK U.S. BANKRUPTCY DISTRICT OF AZ

| For Chapter 9, 11, 12 and 13 cases only. | FILING OF PLAN | |
|---|---|---|
| ☐ A copy of Debtor's proposed plan dated _____ is attached. | | |
| ✔ Debtor intends to file a Plan within the time allowed by statute, rule or order of the Court. | | |

| | PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS | |
|---|---|---|
| Location Where Filed | Case Number | Date Filed |

| PENDING BANRKUPTCY CASE FILED BY ANY SPOUSE PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the Chapter of Title 11, United States Code specified in this Petition.

DATED: __8-1__, 1997.

*[signature]*
Eric Slocum Sparks
Attorney for Debtor

| INDIVIDUAL JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this Petition is true and correct.<br><br>Signature of Debtor<br>Dated:<br><br>Dated: | I declare under penalty of perjury that the information provided in this Petition is true and correct and that the filling of this Petition on behalf of the Debtor has been authorized.<br><br>*[signature]*<br>Signature of Authorized Individual<br>Sherri Jensen-Colella; President<br>Print or Type Name, Title<br>Dated: July 31, 1997 |

EXHIBIT A (to be completed if Debtor is a corporation requesting relief under Chapter 11)
☐ Exhibit A is attached and made a part of this Petition.

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS**

I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Bankruptcy Code, understand the relief available under such Chapters, and choose to proceed under Chapter 7 of such Title

If I am represented by an attorney, Exhibit B has been completed.

Signature of Debtor                Dated:

Exhibit B (to be completed by attorney for individual Chapter 7 Debtor(s) with primarily consumer debts)

I, the attorney for the Debtor(s) named in the foregoing Petition, declare that I have informed the Debtor(s) that (he, she, or they) may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under such Chapters.

Eric Slocum Sparks,                Dated:
Attorney for Debtor