```
 1 | ADRIANNE KALYNA  (#009149)
   | United States Trustee
 2 | District of Arizona
   |
 3 | CHRISTOPHER J. PATTOCK (#009797)
   | Attorney Advisor
 4 | Post Office Box 36170
   | Phoenix, Arizona  85067-6170
 5 | (602) 640-2100
```

FILED
SEP 2 17 PM '97
KEVIN E. O'BRIEN
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:                                ) Chapter 11
                                      )
LSS SUPPLY, INC.,                     ) Case No. B-97-3293-TUC-LO
                                      )
                                      ) APPOINTMENT OF COMMITTEE
                                      ) OF UNSECURED CREDITORS
            Debtor.                   ) (AMENDED)

On August 20, 1997, the United States Trustee appointed a committee of unsecured creditors in the above captioned matter. Due to additional creditor interest in serving on the committee, the United States Trustee hereby amends the list of creditors appointed to the committee of unsecured creditors as follows:

1. Blount Sporting Equipment Division
   Attn:  Sally Langager
   P. O. Box 856
   Lewiston, ID  83501
   (208) 799-3296

2. Browning
   Attn:  Todd R. Skeen
   One Browning Place
   Morgan, UT  84050
   (801) 876-2711 x270

3. Federal Cartridge Company
   Attn:  James G. Hanus
   900 Ehlen Drive
   Anoka, MN  55303
   (612) 323-2485

4. Michaels of Oregon Co.
   Attn:  Gerry Bjorkman
   P. O. Box 13010
   Portland, OR  97213
   (503) 255-6890

5. Olin-Corp. - Winchester Div.
   Attn: Nancy Hall
   427 N. Shamrock Street
   East Alton, IL 62024
   (618) 258-3460

6. Remington Arms Co., Inc.
   Attn: Gary A. Chapman
   870 Remington Drive
   Madison, NC 27025-0700
   (910) 548-8645

7. Safariland
   Attn: Carl Vrooman
   3120 E. Mission Blvd.
   Ontario, CA 91761
   (909) 923-7300

8. U.S. Repeating Arms Co.
   Attn: Todd R. Skeen
   275 Winchester Ave.
   Morgan, UT 84050
   (801) 876-2711 x270

*9. Bangers LP
   Attn: Don Bowers
   10 South 14th Street
   Birmingham, AL 35233
   (205) 324-8915

*Added to committee.

Respectfully submitted,

ADRIANNE KALYNA
United States Trustee
District of Arizona

Dated: August 29, 1997.

CHRISTOPHER J. PATTOCK
Attorney Advisor

Copies of the foregoing mailed to the creditors appointed as listed above, and the following this ___ day of August, 1997:

Eric Slocum Sparks
110 S. Church Avenue, #3350
Tucson, AZ 85701
Attorney for Debtor

- 2 -